Robert E. Barton, OSB No. 814637
E-mail: rbarton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
E-mail: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

James A. Gale, FSB No. 371726
E-mail: JGale@feldmangale.com
Gregory L. Hillyer, FSB No. 682489
E-Mail: GHillyer@FeldmanGale.com
Javier Sobrado, FSB No. 44992
E-Mail: JSobrado@FeldmanGale.com
Admitted Pro Hac Vice
FELDMAN GALE, P.A.
One Biscayne Tower Suite 3000
2 So. Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-5001
Facsimile:   (305) 358-3309

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLAS-WELD SYSTEMS, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL P. BOYLE, dba SURFACE DYNAMIX,<br><br>　　　　　Defendant. | Case No. 6:12-cv-02273-AA<br><br>**PLAINTIFF'S NOTICE RE** ***MARKMAN BRIEFING*** |

Plaintiff, Glas-Weld Systems, Inc. ("Glas-Weld") notifies the Court as follows regarding claim construction.

Page 1 -   PLAINTIFF'S NOTICE RE MARKMAN BRIEFING

1784073.DOCX

The Court's scheduling order (Doc. No. 19), adopting the agreed upon dates for claim construction proceedings (Doc. No. 16-1) set the deadlines for the parties to exchange claim terms to be construed and their proposed constructions as May 15, 2013.  Neither Glas-Weld nor Defendant Michael Boyle have identified any patent claim terms to be construed.  Accordingly, the parties appear to be in agreement that no terms of the patents-in-suit need construction.  Therefore, the *Markman* briefing schedule, and the scheduled *Markman* hearing appear to be unnecessary.

DATED: June 17, 2013.

COSGRAVE VERGEER KESTER LLP

*/s/ Paul A. C. Berg*
Robert E. Barton, OSB No. 814637
Paul A. C. Berg, OSB No. 062738
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: rbarton@cosgravelaw.com
         pberg@cosgravelaw.com

James A. Gale, FSB No. 371726
Gregory L. Hillyer, FSB No. 682489
Javier Sobrado, FSB No. 44992
Admitted Pro Hac Vice
Telephone: (305) 358-5001
Fax: (305) 358-3309
Email:  JGale@feldmangale.com
         GHillyer@feldmangale.com
         JSobrado@feldmangale.com

Attorneys for Plaintiff

Page 2 - PLAINTIFF'S NOTICE RE MARKMAN BRIEFING

1784073.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**PLAINTIFF'S NOTICE RE MARKMAN BRIEFING** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☐ e-mail,

☒ electronic filing notification.

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said Pro Se Defendant at the address listed below:

James A. Gale, Esq.
Javier Sobrado
Gergory L. Hillyer
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
    Of Attorneys for Plaintiff

Michael P. Boyle
Surface Dynamix
64619 W Highway 20, Unit B
Bend, OR 97701
    Of Attorneys for Defendant Pro Se

DATED:  June 17, 2013

       /s/ Paul A. C. Berg
       Paul A. C. Berg

Page 3 -  CERTIFICATE OF SERVICE

1784073.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019