

Exhibit C
Page 1 of 1