**Dennis Garbutt**

| | |
|---|---|
| From: | Ruth Sayers <ruth@glasweld.com> |
| Sent: | Thursday, February 23, 2012 7:33 AM |
| To: | dgarbutt@glasweld.com |
| Subject: | FW: Inquiry From www.glasweld.com/find-a-tech/ |

Ruth Sayers
Account Services Manager | GlasWeld 

tel 800 321 2597 | 541 388 1156 x117
20578 Empire Blvd. Bend, OR 97701
ruth@glasweld.com

**From:** Mike Boyle [mailto:mike@surfacedynamix.com]
**Sent:** Thursday, February 23, 2012 7:10 AM
**To:** wayne@glassdoctorrdu.com
**Cc:** info@glasweld.com
**Subject:** Inquiry From www.glasweld.com/find-a-tech/

Hey Wayne:

It's Mike Boyle here, I have not talked to you in a long time. As you know I had enough of the Jehovah witness bull and moved on.
I don't know what they have told you but I assure it is mostly lies. Thomas Spoo the owner committed Perjury in the Oregon courts. He is a piece of work. I am doing a YouTube bio about the cult and what
GlasWeld is not telling you. The link will be on confusion com. You will not believe what Ruth, Rose and the 7 other JW's believe and say and did. You will be embarrassed that you are associated with them.

I am not going to bad mouth GW just the cult members.

On a lighter note, I am offing all GWS certified techs free resin for a full year, Just buy pit filler and film tabs and our new SPF no cure application. That package is 34.95 and does 100 repairs including a 20 mill bottle of our Dyna Pro/PRO2. The same as 2010 or 2020. Unlike GWS all of our resin line have been tested. I have 25 refurbished G3's trade in's with new stands. 149.99 while they last.
Also I have polishing pads at half the price your paying.

Hope life is good, Call if you have any interest.

I WOULD APPRICATE YOU DISCRESION, JUST TRYING TO SAVE YOU MONEY....

Regards

Mike

**Javier Sobrado**

| Subject: | FW: Stop paying high resin prices so GlasWeld owners can live the good life |

# [REDACTED]

From: mike@smartglassrepair.com

Subject: Stop paying high resin prices so GlasWeld owners can live the good life
Date: Wed, 23 Jan 2013 12:14:36 -0800

Dear GlasWeld Customers

If you are paying more than $19.95 per ounce (30 ml.) for your GlasWeld 2010, 2020, or tinted resins, then this deal is for you.  As the president of Glasweld for several years, I know how overpriced the resins were.  So stop paying high resin prices so GlasWeld owners can live the good life.   Spoo's Million dollar home and no hard work is not what makes you money.  That just Spoo-ky….

The new SMART Resin Refill System gives you the same GlasWeld GFusion resin at less than half the price you are paying now.  Just refill your bottles and then send back the Stainless Steel Resin Container for a refill.  Only $199.95 including shipping after your initial purchase.  As a special offer, we are including our new Dynamite Curing Stick.  The strongest, lightest, fastest stick light in the industry, and 2 bottles of Pit Filler.

In addition, We will donate 10% to the Wounded Warriors Project , an association we are proud to support!

Just Click on the picture or link below and start saving now!  Intersted in a ProCur, click here!

Go To SMART web

1

 

2