Robert E. Barton, OSB No. 814637
E-mail: rbarton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
E-mail: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

James A. Gale, FSB No. 371726
E-mail: JGale@feldmangale.com
Gregory L. Hillyer, FSB No. 682489
E-Mail: GHillyer@FeldmanGale.com
Javier Sobrado, FSB No. 44992
E-Mail: JSobrado@FeldmanGale.com
*Pro Hac Vice*
FELDMAN GALE, P.A.
One Biscayne Tower Suite 3000
2 So. Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-5001
Facsimile:    (305) 358-3309

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLAS-WELD SYSTEMS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL P. BOYLE, dba SURFACE DYNAMIX and CHRISTOPHER M. BOYLE<br><br>    Defendants. | Case No. 6:12-cv-02273-AA<br><br>**PLAINTIFF GLAS-WELD SYSTEMS, INC.'S MOTION FOR TO RECLASSIFY INFORMATION AS "CONFIDENTIAL"** |

Page 1 -  **PLAINTIFF GLAS-WELD SYSTEMS, INC.'S MOTION FOR TO RECLASSIFY INFORMATION AS "CONFIDENTIAL"**

1823126.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Plaintiff Glas-Weld Systems, Inc., by and through its undersigned counsel, and pursuant to Paragraph 8 of the Protective Order (Doc. No. 26) hereby respectfully moves the Court to reclassify certain emails from Boyle to Glas-Weld's Counsel as "CONFIDENTIAL" rather than "ATTORNEYS' EYES ONLY."

DATED: August 13, 2013.

                COSGRAVE VERGEER KESTER LLP

                */s/ Paul A. C. Berg*
                Robert E. Barton, OSB No. 814637
                Paul A. C. Berg, OSB No. 062738
                Telephone: (503) 323-9000
                Fax: (503) 323-9019
                E-mail: rbarton@cosgravelaw.com
                          pberg@cosgravelaw.com

                James A. Gale, FSB No. 371726
                Gregory L. Hillyer, FSB No. 682489
                Javier Sobrado, FSB No. 44992
                Out-Of-State Counsel
                Telephone: (305) 358-5001
                Fax: (305) 358-3309
                Email:  JGale@feldmangale.com
                            GHillyer@feldmangale.com
                            JSobrado@feldmangale.com

                Attorneys for Plaintiff

Page 2 -  **PLAINTIFF GLAS-WELD SYSTEMS, INC.'S MOTION FOR TO RECLASSIFY INFORMATION AS "CONFIDENTIAL"**

1823126.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **PLAINTIFF GLAS-WELD SYSTEMS, INC.'S MOTION FOR TO RECLASSIFY INFORMATION AS "CONFIDENTIAL"** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

James A. Gale, Esq.
Javier Sobrado
Gregory L. Hillyer
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
    Of Attorneys for Plaintiff

Michael P. Boyle
Surface Dynamix
64619 W Highway 20, Unit B
Bend, OR 97701
    Of Attorneys for Defendant Pro Se

DATED: August 13, 2013.

    */s/ Paul A. C. Berg*
    Robert E. Barton
    Paul A. C. Berg

Page 1 - **CERTIFICATE OF SERVICE**

1823126.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019