Robert E. Barton, OSB No. 814637
E-mail: rbarton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
E-mail: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

James A. Gale, FSB No. 371726
E-mail: JGale@feldmangale.com
Gregory L. Hillyer, FSB No. 682489
E-Mail: GHillyer@FeldmanGale.com
Javier Sobrado, FSB No. 44992
E-Mail: JSobrado@FeldmanGale.com
*Pro Hac Vice*
FELDMAN GALE, P.A.
One Biscayne Tower Suite 3000
2 So. Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-5001
Facsimile:    (305) 358-3309

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLAS-WELD SYSTEMS, INC., an Oregon corporation, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL P. BOYLE, dba SURFACE DYNAMIX and CHRISTOPHER M. BOYLE <br><br> Defendants. | Case No. 6:12-cv-02273-AA <br><br> **PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE** |

## LR 7-1(a) CERTIFICATION

Counsel for plaintiff Glas-Weld Systems, Inc. ("Glas-Weld") certify they have conferred by telephone with defendant Michael P. Boyle ("Boyle") on the issues which are the subject of this motion.  The parties have been unable to reach agreement.

Page 1 -  **PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

1834757.DOCX

## MOTION

Glas-Weld moves the Court to enter an order allowing service of the first amended complaint on Christopher M. Boyle via first-class and certified mail, return receipt requested, to Defendant Christopher M. Boyle's last known addresses as well as to the address of Defendant Michael P. Boyle, and the address of Surface Dynamix, and/or via publication in a publication of general circulation in Deschutes County, Oregon.

DATED: August 27, 2013.

COSGRAVE VERGEER KESTER LLP

/s/ **Paul A. C. Berg**

Robert E. Barton, OSB No. 814637
Paul A. C. Berg, OSB No. 062738
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: rbarton@cosgravelaw.com
        pberg@cosgravelaw.com

James A. Gale, FSB No. 371726
Gregory L. Hillyer, FSB No. 682489
Javier Sobrado, FSB No. 44992
Admitted *Pro Hac Vice*
Telephone: (305) 358-5001
Fax: (305) 358-3309
Email:  JGale@feldmangale.com
        GHillyer@feldmangale.com
        JSobrado@feldmangale.com

Attorneys for Plaintiff

Page 2 -  **PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

1834757.DOCX

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE** on the date indicated below by:

☒     mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐     hand delivery,

☐     facsimile transmission,

☒     email

☒     electronic filing notification.

I further certify that said copy was placed in a sealed envelope delivered as

indicated above and addressed to said attorneys at the addresses listed below:


James A. Gale, Esq.       **(ELECTRONIC FILING NOTIFICATION)**
Javier Sobrado
Gregory L. Hillyer
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
     Of Attorneys for Plaintiff

Michael P. Boyle       **(EMAIL & US MAIL)**
Surface Dynamix
64619 W Highway 20, Unit B
Bend, OR 97701
     Of Attorneys for Defendant Pro Se


     DATED:  August 27, 2013.


                   **/s/ Paul A. C. Berg**
                   Robert E. Barton
                   Paul A. C. Berg


Page 1 - **CERTIFICATE OF SERVICE**

1834757.DOCX