## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))**

This summons for Christopher M. Boyle was received by me on 8/30/2013 (date).

☒ I personally served the summons on the individual at:

888 S.W. Fifth Ave. Suite 500, Portland, ORE (place) on 8/30/2013 @ 1:35 PM (date); or

☐ I left the summons at the individual's residence or usual place of abode with:

_____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address; or

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date); or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):
_____

My fees are $ 0 for travel and $ 75 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Dated: 8/30/13

_____
Server's signature

DAVID L. HADLEY    PRES
DLH INVESTIGATIVE SERVICES, INC.
Printed name and title

14752 S.E. Royer Road,
Damascus, OR 97089
Server's address

Additional information regarding attempted service, etc.: