Robert E. Barton, OSB No. 814637
E-mail: rbarton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
E-mail: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

James A. Gale, FSB No. 371726
E-mail: JGale@feldmangale.com
Gregory L. Hillyer, FSB No. 682489
E-Mail: GHillyer@FeldmanGale.com
Javier Sobrado, FSB No. 44992
E-Mail: JSobrado@FeldmanGale.com
*Pro Hac Vice*
FELDMAN GALE, P.A.
One Biscayne Tower Suite 3000
2 So. Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-5001
Facsimile:   (305) 358-3309

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLAS-WELD SYSTEMS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL P. BOYLE, dba SURFACE DYNAMIX and CHRISTOPHER M. BOYLE<br><br>    Defendants. | Case No. 6:12-cv-02273-AA<br><br>**PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

## LR 7-1(a) CERTIFICATION

Counsel for plaintiff Glas-Weld Systems, Inc. ("Glas-Weld") certify they have conferred with defendant Michael P. Boyle ("Boyle") on the issues which are the subject of this motion. The parties have been unable to reach agreement.

Page 1 -  **PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

1849704.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## MOTION

Glas-Weld moves the Court for an order striking the second and third affirmative defenses from Defendant[']s Answers to Amended Complaint (Doc. No. 52) relating to the unenforceability of U.S. Patent Nos. 5,670,180 ("the '180 Patent") and 6,898,372 ("the '372 Patent") due to inequitable conduct and fraud.

DATED: September 13, 2013.

                                                 COSGRAVE VERGEER KESTER LLP


                                                 ***/s/ Paul A. C. Berg***
                                                 Robert E. Barton, OSB No. 814637
                                                 Paul A. C. Berg, OSB No. 062738
                                                 Telephone: (503) 323-9000
                                                 Fax: (503) 323-9019
                                                 E-mail: rbarton@cosgravelaw.com
                                                                         pberg@cosgravelaw.com

                                                 James A. Gale, FSB No. 371726
                                                 Gregory L. Hillyer, FSB No. 682489
                                                 Javier Sobrado, FSB No. 44992
                                                 Admitted *Pro Hac Vice*
                                                 Telephone: (305) 358-5001
                                                 Fax: (305) 358-3309
                                                 Email:  JGale@feldmangale.com
                                                                         GHillyer@feldmangale.com
                                                                         JSobrado@feldmangale.com

                                                 Attorneys for Plaintiff

Case 6:12-cv-02273-AA    Document 69    Filed 09/13/13    Page 2 of 3    Page ID#: 1166

Page 2 -  **PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**
                                                                                                                                                                           1849704.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **MOTION TO STRIKE AFFIRMATIVE DEFENSES** on the date indicated below by:

☒      mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐      hand delivery,

☐      facsimile transmission,

☒      email

☒      electronic filing notification.

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

| | |
|---|---|
| James A. Gale, Esq.<br>Javier Sobrado<br>Gregory L. Hillyer<br>Feldman Gale, P.A.<br>One Biscayne Tower, 30th Floor<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>    Of Attorneys for Plaintiff | **(ELECTRONIC FILING NOTIFICATION)** |
| Michael P. Boyle<br>Surface Dynamix<br>64619 W Highway 20, Unit B<br>Bend, OR 97701<br>    Of Attorneys for Defendant Pro Se | **(EMAIL, US MAIL & ELECTRONIC FILING NOTIFICATION)** |

DATED: September 13, 2013.

                               */s/ Paul A. C. Berg*
                               Robert E. Barton
                               Paul A. C. Berg

Page 1 - **CERTIFICATE OF SERVICE**

1849704.DOCX

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019