Robert E. Barton, OSB No. 814637
E-mail: rbarton@cosgravelaw.com
Paul A. C. Berg, OSB No. 062738
E-mail: pberg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

James A. Gale, FSB No. 371726
E-mail: JGale@feldmangale.com
Gregory L. Hillyer, FSB No. 682489
E-Mail: GHillyer@FeldmanGale.com
Javier Sobrado, FSB No. 44992
E-Mail: JSobrado@FeldmanGale.com
*Pro Hac Vice*
FELDMAN GALE, P.A.
One Biscayne Tower Suite 3000
2 So. Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-5001
Facsimile:    (305) 358-3309

       Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GLAS-WELD SYSTEMS, INC., an Oregon corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL P. BOYLE, dba SURFACE DYNAMIX; and CHRISTOPHER M. BOYLE<br><br>       Defendants. | Case No. 6:12-cv-02273-AA<br><br>**MEMORANDUM IN SUPPORT OF GLAS-WELD SYSTEMS, INC.'S MOTION TO STRIKE EXHIBITS OR SEAL DEFENDANT CHRISTOPHER BOYLE'S ANSWER** |

// // //

// // //

// // //

Page 1 -  **MEMORANDUM IN SUPPORT OF GLAS-WELD SYSTEMS, INC.'S MOTION TO STRIKE EXHIBITS OR SEAL DEFENDANT CHRISTOPHER BOYLE'S ANSWER**

1864076

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Plaintiff, Glas-Weld Systems, Inc. ("Glas-Weld"), submits this memorandum in support for its Motion to Strike Exhibits or Seal Defendant Christopher Boyle's Answer. Doc. No. 26.

## I.    INTRODUCTION

Glas-Weld requests that the Court strike and remove from the record, Exhibits 4 & 5 to Christopher Boyle's Answer (Doc. No. 71) because the exhibits contain information that should have been marked and designated as CONFIDENTIAL under the terms of the Protective Order.  In the alternative Glas-Weld requests that the Court seal Christopher Boyle's Answer (Doc. No. 71) and designate Exhibits 4 & 5 of same as CONFIDENTIAL under the terms of the Protective Order.

## II.    ARGUMENT

Glas-Weld designates Exhibits 4 & 5 (pp. 18-23) to Christopher Boyle's Answer as CONFIDENTIAL, under the terms of the Protective Order, and therefore respectfully requests that the Court strike these exhibits or seal Christopher Boyle's Answer and designate these exhibits as CONFIDENTIAL.

Christopher Boyle alleges that the District Attorney of Deschutes County provided the Boyles with an un-redacted copy of Exhibit 4.  Doc. No. 71(Christopher Boyle's Answer) at ¶ 16.  The District Attorney of Deschutes County cannot waive Glas-Weld's right to designate information as confidential.  Moreover, the fact that Glas-Weld provided a copy of a document that had been stolen to the District Attorney as part of the ongoing criminal felony investigation into Defendant Michael Boyle's actions also does not waive the confidentiality of such information.  Christopher Boyle should have filed this document under seal and with a CONFIDENTIAL designation.  Accordingly, the Court should strike Exhibit 4 from the record, or in the alternative, seal Christopher Boyle's Answer and designate Exhibit 4 to same as CONFIDENTIAL under the Protective Order.

Page 2 -  **MEMORANDUM IN SUPPORT OF GLAS-WELD SYSTEMS, INC.'S MOTION TO STRIKE EXHIBITS OR SEAL DEFENDANT CHRISTOPHER BOYLE'S ANSWER**                1864076
Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Christopher Boyle also alleges that the Boyles obtained Exhibit 4 from Glas-Weld employee Randy Mackey.  Doc. No. 71 (Christopher Boyle's Answer) at ¶16.  However, Mr. Boyle does not indicate when the Boyles allegedly received this document from Randy Mackey, and whether they were still employed by Glas-Weld when they obtained it.  Glas-Weld disputes any suggestion that Mr. Mackey provided this document to the Boyles after their termination.  Moreover, if the Boyles obtained the document before their termination they were under a duty to destroy or return the document to Glas-Weld.  Nevertheless, Christopher Boyle admits that the document contains "sensitive GlasWeld customer information," but he still included the document in his answer without any confidentiality designation.  *Id.*  Accordingly, the Court should strike Exhibit 5 from the record, or in the alternative, seal Christopher Boyle's Answer and designate Exhibit 5 to same as CONFIDENTIAL under the Protective Order.

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

Page 3 -  **MEMORANDUM IN SUPPORT OF GLAS-WELD SYSTEMS, INC.'S MOTION TO STRIKE EXHIBITS OR SEAL DEFENDANT CHRISTOPHER BOYLE'S ANSWER**

1864076

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## III.   CONCLUSION

For the foregoing reasons Glas-Weld respectfully requests that the Court strike Exhibits 4 & 5 to Defendant Christopher Boyle's Answer from the record, or in the alternative, seal Christopher Boyle's Answer, and designate Exhibits 4 and 5 to same as CONFIDENTIAL under the Protective Order.

DATED: September 27, 2013

COSGRAVE VERGEER KESTER LLP


_/s/ Paul A. C. Berg_
Robert E. Barton, OSB No. 814637
Paul A. C. Berg, OSB No. 062738
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: rbarton@cosgravelaw.com
        pberg@cosgravelaw.com

            _and_

James A. Gale, FSB No. 371726
Gregory L. Hillyer, FSB No. 682489
Javier Sobrado, FSB No. 44992
Admitted _Pro Hac Vice_
Telephone: (305) 358-5001
Fax: (305) 358-3309
Email: JGale@feldmangale.com
        GHillyer@feldmangale.com
        JSobrado@feldmangale.com

Attorneys for Plaintiff

Page 4 -   **MEMORANDUM IN SUPPORT OF GLAS-WELD SYSTEMS, INC.'S MOTION TO STRIKE EXHIBITS OR SEAL DEFENDANT CHRISTOPHER BOYLE'S ANSWER**   1864076

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**MEMORANDUM IN SUPPORT OF GLAS-WELD SYSTEMS, INC.'S MOTION TO**

**STRIKE EXHIBITS OR SEAL DEFENDANT CHRISTOPHER BOYLE'S ANSWER** on

the date indicated below by:

☒    mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐    hand delivery,

☐    facsimile transmission,

☒    email

☒    electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to

said attorneys and defendant at the addresses listed below:

James A. Gale, Esq.          **(ELECTRONIC FILING NOTIFICATION)**
Javier Sobrado
Gregory L. Hillyer
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
        Of Attorneys for Plaintiff

David H. Madden          **(ELECTRONIC FILING NOTIFICATION)**
Mersenne Law LLC
1500 SW First Avenue, Suite 1170
Portland, OR  97201
        Of Attorneys for Defendant Michael P. Boyle, dba Surface Dynamix

Christopher M. Boyle          **(EMAIL & US MAIL)**
243 NW Broadway Street
Bend, OR  97701
        Defendant Pro Se

        DATED:  September 27, 2013


        _/s/ Paul A. C. Berg_
        Robert E. Barton
        Paul A. C. Berg


Page 1 - **CERTIFICATE OF SERVICE**

1864076

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019